UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE MARZETTE, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>PROVIDENT SAVINGS BANK, F.S.B.; WELLS FARGO; AMERICAN SERVICING COMPANY; NDEX WEST, LLC; E*TRADE BANK; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 2:11-CV-2089 JAM-CKD<br><br><u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS</u> |

    This matter is before the Court on Defendants' Wells Fargo, N.A. (named herein as "Wells Fargo") and America's Servicing Company (named herein as "American Servicing Company") (collectively "Defendants") Motion to Dismiss (Doc. #19) Plaintiff Pauline Marzette's ("Plaintiff") First Amended Complaint ("FAC") (Doc. #18).[1]  Defendants move to dismiss the FAC for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant NDEX West, LLC joined in the motion to dismiss (Doc. #21).  Plaintiff did not file an opposition or statement of non-

---

[1] This matter was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).  Oral argument was scheduled for February 22, 2012.

opposition in response to the motion to dismiss or the joinder motion.

Having carefully reviewed the papers, the Court finds that the FAC fails to state a claim and should be dismissed without leave to amend for the reasons set forth in Defendants' motion. Accordingly, Defendant's motion to dismiss is GRANTED.  NDEX West, LLC's joinder motion is also granted, and all claims against NDEX West, LLC are likewise dismissed without leave to amend.

Additionally, Eastern District Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date.  Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Plaintiff did not file an opposition or statement of non-opposition in response to the motion to dismiss.  Therefore, the Court will sanction Plaintiff's counsel, Swazi N. Taylor, $150.00, unless he shows good cause for his failure to comply with the Local Rules.

ORDER

For the reasons set forth above, Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE.  NDEX West, LLC's joinder motion is also GRANTED.

It is further ordered, within ten (10) days of the date of this Order, Mr. Taylor must either (1) submit a statement of good cause for his failure to comply with the local rules, or (2) pay a sanction in the amount of $150.00 to the Clerk of the Court.

IT IS SO ORDERED.

Dated: February 27, 2012

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE